Opinion filed March 29, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed March 29, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00039-CV

                                                    __________

 

                        DONALD
WAYNE CALLAWAY, JR., Appellant

 

                                                             V.

 

                                        DANIA
ROMANS, Appellee

 



 

                                        On
Appeal from the County Court at Law

 

                                                          Brown
 County, Texas

 

                                             Trial
Court Cause No. CV 06-00044

 



 

                                              M
E M O R A N D U M   O P I N I O N

The
trial court signed its order on November 6, 2006.  Donald Wayne Callaway, Jr. filed a motion for
new trial and a notice of appeal.  The
clerk=s record was filed in this court on  February 20, 2007.  Callaway did not file an affidavit of
inability to pay pursuant to Tex. R.
App. P.  20.1.  








Neither
the required filing fee nor the reporter=s record have been filed.  The court reporter has informed this court in
writing that Callaway has not made arrangements to pay for the record.  On March 7, 2007, the clerk of this court
advised  the parties that the required
filing fee had not been paid and directed appellant to forward not only the
filing fee but also proof of payment and designation of the reporter=s record. 
Callaway has not responded.

The
appeal is dismissed.

 

PER
CURIAM

 

March 29, 2007

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.